RECEIVED
JUL 2 1 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| COURTNEY SANDOZ | CIVIL ACTION NO.: 07-1308 |
| VERSUS | JUDGE DOHERTY |
| CINGULAR WIRELESS, LLC, ET AL | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING AND ORDER

Currently pending before the Court is plaintiff's "Motion for Tolling of the Time Limitation for Filing Claims under 29 U.S.C.A. § 216." [Rec. Doc. 43][1] Plaintiff has provided no legal authority which would show plaintiff has standing to move this Court to equitably toll claims on behalf of others who, at this point in litigation, are not before this Court.[2] Due to the foregoing, the Court finds plaintiff has failed to carry her burden and show this Court has authority to issue an order tolling the "time limitations for filing claims under 29 U.S.C.A. § 216" while this matter is on appeal, and the motion therefore is DENIED. Because the Court will not toll the "time limitations for filing claims under 29 U.S.C.A. § 216," the Court DECLINES the parties' request to stay this matter pending appeal, as such action could potentially lead to claimants untimely opting into this

---

[1] In response to a request from plaintiff counsel that this putative collective action be stayed and equitably tolled while pending appeal (pursuant to 28 U.S.C. 1292(b)), this court ordered plaintiff to provide support for his request. (See Rec. Doc. 41.)

[2] Plaintiff's motion for class certification remains pending at this time, as it was only recently filed.

1

matter should this matter go forward as a collective action.[3] [See Rec. Docs. 31, 35]

THUS DONE AND SIGNED in Lafayette, Louisiana this _26_ day of July, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[3]*See* 28 U.S.C. § 1292(b)("application for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals or a judge thereof shall so order.")

2