RECEIVED
JUL 2 9 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **COURTNEY SANDOZ** | **CIVIL ACTION NO. 07-1308** |
| **VERSUS** | **JUDGE DOHERTY** |
| **CINGULAR WIRELESS, LLC,** <br> **CINGULAR WIRELESS EMPLOYEE** <br> **SERVICES, LLC,** <br> **AT&T MOBILITY, LLC** | **MAGISTRATE JUDGE METHVIN** |

## *JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and noting the absence of objections filed by the parties, this Court concludes that the findings and recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

**IT IS ORDERED** that plaintiff's motion for class certification be deemed timely;

**IT IS FURTHER ORDERED** that plaintiff be allowed to refile her motion for certification on the merits.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24 day of July, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE