U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 0 3 2014

TONY R. MOORE, CLERK

BY_____
                 DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**COURTNEY SANDOZ**                    **CIVIL ACTION NO. 6:07CV1308**

**VERSUS**                             **JUDGE DOHERTY**

**CINGULAR WIRELESS, LLC,**            **MAGISTRATE JUDGE HANNA**
**AT&T MOBILITY, LLC, CINGULAR**
**WIRELESS EMPLOYEE SERVICES, LLC**

### JUDGMENT

The defense Motion to Decertify Conditional Class[Rec. Doc. 158] was remanded to United States Magistrate Judge Patrick J. Hanna for consideration of the limited issue of Defendant's statute of limitations defense. On that directive, a Report and Recommendation was issued. [Rec. Doc. 204] After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Decertification of Conditionally-Certified Collective Action[Rec. Doc. 158] is GRANTED, and the claims of the opt-in plaintiffs are hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's

Motion for Expansion of the Minimum Wage Class[Rec. Doc. 153] is DENIED AS

MOOT.

Signed at Lafayette, Louisiana this 2 day of ~~April~~ July 2014.


**Rebecca F. Doherty**
**United States District Judge**

-2-