


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| COURTNEY SANDOZ | CIVIL ACTION NO. 6:07CV1308 |
| VERSUS | JUDGE DOHERTY |
| CINGULAR WIRELESS LLC, ET AL | MAGISTRATE JUDGE HANNA |

*JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and considering the objections lodged, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Renewed Motion to Dismiss for Lack of Subject-Matter Jurisdiction [Rec. Doc. 222] is GRANTED. **IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that the claims of Courtney Sandoz are hereby DISMISSED.

Lafayette, Louisiana, this 2 day of June, 2011.

Rebecca F. Doherty
United States District Judge

COPY SENT
DATE: 6/2/15