UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **COURTNEY SANDOZ** | **CASE NO. 6:07-CV-01308** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CINGULAR WIRELESS LLC ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation [Rec. Doc. 283] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the proposed settlement is hereby approved as a full and final resolution of the plaintiff's claims, and accordingly, the Joint Motion for Approval of Settlement Agreement [Rec. Doc. 281], on the terms and conditions set forth in the Confidential Settlement Agreement and Release of Claims [Rec. Doc. 282], is hereby **GRANTED**, consistent with the report and recommendation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**, pursuant to the Confidential Settlement Agreement and Release of Claims [Rec. Doc. 282].

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the case is hereby **CLOSED**, subject to the Court retaining jurisdiction for ninety (90) days to enforce the terms of the Confidential Settlement Agreement and Release of Claims [Rec. Doc. 282], if necessary.

Signed at Lafayette, Louisiana, this 11th day of December, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE